1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  MARIA TERESA GONZALEZ, et al.,          Case No.  1:21-cv-01091-ADA-HBK

12            Plaintiffs,                    ORDER DENYING MOTION FOR
                                            STIPULATED PROTECTIVE ORDER
13       v.                                  WITHOUT PREJUDICE

14  COUNTY OF STANISLAUS, et al.,            (Doc. No. 27)

15            Defendants.

16

17          Pending before the Court is the parties' motion for a stipulated protective order filed on

18  October 28, 2022.  (Doc. No. 27).  The Court denies the motion for a protective order without

19  prejudice.

20          The parties explain that a protective order is required because "[d]isclosure and discovery

21  activity in this action are likely to involve production of confidential, proprietary, or private

22  information for which special protection from public disclosure and from use for any purpose other

23  than prosecuting this litigation may be warranted."  (Doc. No. 27 at 1-2).  "Protected Material" is

24  defined as "any Disclosure or Discovery Material that is designated as "CONFIDENTIAL." (*Id*. at 3,

25  ¶ 2.13).  "'CONFIDENTIAL' Information or Items" is defined as "information (regardless of

26  how it is generated, stored or maintained) or tangible things that qualify for protection under

27  Federal Rule of Civil Procedure 26(c)." (*Id*. at 2, ¶ 2.2).

28          Eastern District of California Local Rule 141.1(c) requires that every proposed protective

order contain the following provisions: "(1) [a] description of the types of information eligible for protection under the order, **with the description provided in general terms sufficient to reveal the nature of the information** (e.g., customer list, formula for soda, diary of a troubled child); (2) [a] showing of particularized need for protection **as to each category of information** proposed to be covered by the order; and (3) [a] showing as to why the need for protection should be addressed by a court order, as opposed to a private agreement between or among the parties." (paragraph breaks omitted, emphasis added.)

Having reviewed the proposed protective order, the Court finds that it does not comply with Eastern District of California Local Rule 141.1(c). The catchall language used in describing the types of information eligible for protection does not comply with Local Rule 141.1(c)(1). The parties also have not made a showing of particularized need for protection as to each category or explained why a court order is necessary, as opposed to a private agreement between the parties. Local Rule 141.1(c)(3).

Accordingly, it is **ORDERED**:

The parties' motion for a stipulated protection order (Doc. No. 27) is DENIED without prejudice to refiling a stipulated protection order that complies with Local Rule 141.1(c).


Dated:    November 22, 2022    

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2