**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email: John.Burris@johnburrislaw.com
Email: Ben.Nisenbaum@johnburrislaw.com
Email: James.Cook@johnburrislaw.com

Attorneys for Plaintiffs
MARIA TERESA GONZALEZ, et al.,

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TERESA GONZALEZ, et al., | Case No.: 1:21-cv-01091-ADA-HBK |
| Plaintiffs, | **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| v. | **Judge:** Hon. Ana de Alba |
| COUNTY OF STANISLAUS, et al., | |
| Defendants. | |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's order at docket number 38, Plaintiffs respectfully resubmit their motion for summary judgement, and move this court for Summary Judgment in favor of plaintiffs for the reasons set forth in Plaintiffs' attached documents.

Dated: May 22, 2023                    **THE LAW OFFICES OF JOHN L. BURRIS**

/s/ *James Cook*
Ben Nisenbaum, Esq.

James Cook
Attorney for Plaintiffs
M<small>ARIA</small> G<small>ONZALEZ</small>, et al.

Notice of Plaintiffs' Motion for Summary Judgment
*Maria Teresa Gonzalez, et al. v County of Stanislaus, et al.* Case No: 1:21-cv-01091-ADA-HBK

2