**JOHN L. BURRIS, ESQ., SBN 69888**
**BEN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport Street, Suite 1120 Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
Email:  John.Burris@johnburrislaw.com
Email:  Ben.Nisenbaum@johnburrislaw.com
Email:  James.Cook@johnburrislaw.com

Attorneys for Plaintiffs
MARIA TERESA GONZALEZ, et al.


RIVERA HEWITT PAUL LLP
WENDY MOTOOKA, SBN 233589
JILL B. NATHAN, SBN 186136
11341 Gold Express Drive, Suite 160
Gold River, California 95670
Telephone: 916-922-1200 Fax: 916 922-1303
Email:  wmotooka@rhplawyers.com

Attorneys for COUNTY OF STANISLAUS,
CHAD LEWIS, and BRANDON SILVA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA TERESA GONZALEZ, individually; and H.G., a minor, by and through guardian ad litem, LILLIAN TEGIO,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>COUNTY OF STANISLAUS, a municipal corporation; JEFF DIRKSE, individually, and in his capacity as Sheriff for COUNTY OF STANISLAUS; CHAD LEWIS, individually, and in his capacity as a Sheriff's Deputy for COUNTY OF STANISLAUS; BRANDON SILVA, individually, and in his capacity as a Sheriff's Deputy for COUNTY OF | CASE NO.: 1:21-cv-01091-KJM-CSK<br><br>**STIPULATION AND REQUEST THAT THE MOTIONS FOR SUMMARY JUDGMENT BE SUBMITTED WITHOUT ORAL ARGUMENT ON THE PLEADINGS**<br><br>**Trial Date**:  None Assigned<br><br>Judge: Hon. Kimberly J. Mueller |

STANISLAUS; MICHAEL SIERRA, individually, and in his capacity as a Sheriff's Deputy for COUNTY OF STANISLAUS; FERNANDO GOMEZ, individually, and in his capacity as a Sheriff's Deputy for COUNTY OF STANISLAUS; ROGER COFFMAN, individually, and in his capacity as a Sheriff's Deputy for COUNTY OF STANISLAUS; STEVEN NOEL, individually, and in his capacity as a Sheriff's Deputy for COUNTY OF STANISLAUS; CRAIG VALERA, individually, and in his capacity as a Sheriff's Deputy for COUNTY OF STANISLAUS; JOSHUA BORBA, individually, and in his capacity as a Sheriff's Deputy for COUNTY OF STANISLAUS; BRYAN CUMMINGS, individually, and in his capacity as a Sheriff's Deputy for COUNTY OF STANISLAUS; and, and DOES 1-100, inclusive,

Defendants.

Pursuant to Local Rule 143, the parties through their counsel of record hereby respectfully request that the pending cross motions for summary Judgment be submitted on the pleadings.

Whereas on May 16, 2023 Defendants filed a Motion for Summary Judgment against Plaintiffs.

Whereas on May 22, 2023 Plaintiffs filed a Motion for Summary Judgment against Defendants.

Whereas a Motion for Summary Judgment hearing is currently set for May 17, 2024 before Chief District Judge Kimberly J. Mueller

Whereas the parties met and conferred on April 26, 2024 regarding the Motion for Summary Judgment hearing.

The Parties respectfully stipulate and request that the Motions for Summary Judgment be submitted without oral argument on the pleadings.

IT IS SO STIPULATED.

Dated: May 7, 2024                THE LAW OFFICES OF JOHN L. BURRIS

/s/ *James Cook*

Ben Nisenbaum, Esq.
James Cook, Esq.
Attorneys for Plaintiffs
MARIA TERESA GONZALEZ, et al.

Dated: May 7, 2024                RIVERA HEWITT PAUL LLP

/s/ *Wendy Motooka*

Wendy Motooka, Esq.
Attorney for Defendants
COUNTY OF STANISLAUS, et al.

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, it is hereby ordered:

The parties' respective Motions for Summary Judgment will be decided on the pleadings. Accordingly, the Motion for Summary Judgment hearing currently set for May 17, 2024 is hereby VACATED.

**IT IS SO ORDERED.**

DATED: May 7, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE