1  **JOHN L. BURRIS, ESQ., SBN 69888**
2  **BEN NISENBAUM, ESQ., SBN 222173**
   **JAMES COOK, ESQ., SBN 300212**
3  **LAW OFFICES OF JOHN L. BURRIS**
   Airport Corporate Center
4  7677 Oakport Street, Suite 1120 Oakland, CA 94621
   Telephone: (510) 839-5200
5  Facsimile: (510) 839-3882
6  Email: John.Burris@johnburrislaw.com
   Email: Ben.Nisenbaum@johnburrislaw.com
7  Email: James.Cook@johnburrislaw.com

8  Attorneys for Plaintiffs
9  MARIA TERESA GONZALEZ, et al.

10
11 RIVERA HEWITT PAUL LLP
   JONATHAN B. PAUL, SBN 215884
12 WENDY MOTOOKA, SBN 233589
   2355 Gold Meadow Way, Suite 170
13 Gold River, California 95670
   Telephone: 916-922-1200 Fax: 916 922-1303
14 Email:   jpaul@rhplawyers.com
             wmotooka@rhplawyers.com
15
   Attorneys for COUNTY OF STANISLAUS,
16 CHAD LEWIS, and BRANDON SILVA

17
                    **UNITED STATES DISTRICT COURT**
18
                    **EASTERN DISTRICT OF CALIFORNIA**
19

20
   MARIA TERESA GONZALEZ, individually;    CASE NO.: 1:21-cv-01091-KJM-CSK
21 and H.G., a minor, by and through guardian ad
   litem, LILLIAN TEGIO,
22                                          **STIPULATION TO CONTINUE THE**
                         Plaintiffs,        **FINAL PRETRIAL CONFERENCE AND**
23         v.                               **TO REQUEST SETTLEMENT**
                                            **CONFERENCE; [PROPOSED] ORDER**
24 COUNTY OF STANISLAUS, a municipal        **THEREON**
   corporation; JEFF DIRKSE, individually,
25 and in his capacity as Sheriff for COUNTY
   OF STANISLAUS; CHAD LEWIS,               Final Pretrial Conf. Date: June 5, 2025
26 individually, and in his capacity as a   Time:  10 a.m.
   Sheriff's Deputy for COUNTY OF           Courtroom: 3, 15th Floor
27 STANISLAUS; BRANDON SILVA,               Judge:  Hon. Kimberly J. Mueller
   individually, and in his capacity as a
28

| | |
|---|---|
| | Sheriff's Deputy for COUNTY OF STANISLAUS; MICHAEL SIERRA, individually, and in his capacity as a Sheriff's Deputy for COUNTY OF STANISLAUS; FERNANDO GOMEZ, individually, and in his capacity as a Sheriff's Deputy for COUNTY OF STANISLAUS; ROGER COFFMAN, individually, and in his capacity as a Sheriff's Deputy for COUNTY OF STANISLAUS; STEVEN NOEL, individually, and in his capacity as a Sheriff's Deputy for COUNTY OF STANISLAUS; CRAIG VALERA, individually, and in his capacity as a Sheriff's Deputy for COUNTY OF STANISLAUS; JOSHUA BORBA, individually, and in his capacity as a Sheriff's Deputy for COUNTY OF STANISLAUS; BRYAN CUMMINGS, individually, and in his capacity as a Sheriff's Deputy for COUNTY OF STANISLAUS; and, and DOES 1-100, inclusive, |
| | Defendants. |

WHEREAS the Court issued its ruling on the parties' cross-motions for summary judgment and set a Final Pretrial Conference date of June 5, 2025 (ECF No. 54);

WHEREAS the pretrial conference date requires the parties to submit their Joint Pretrial Statement and motions in limine by May 22, 2025;

WHEREAS the rulings on the summary judgment motions allow the parties to reevaluate the case with fewer disputed issues; and

WHEREAS the parties wish to explore whether the case can be resolved in settlement conference before both sides incur further trial preparation costs;

THEREFORE, the parties, by and through their counsel of records, hereby stipulate to the following request:

1. That the Final Pretrial Conference set for June 5, 2025 be vacated to allow the parties time to schedule and attend a settlement conference before Judge Carolyn K. Delaney at the parties' and the Court's earliest availability; and

2. That the Final Pretrial Conference be re-set if the case does not resolve in settlement conference.

IT IS SO STIPULATED.

Dated: May 6, 2025              **THE LAW OFFICES OF JOHN L. BURRIS**

/s/ *James Cook* [as authorized on 5-2-2025]
    Ben Nisenbaum, Esq.
    James Cook, Esq.
    Attorneys for Plaintiffs
    MARIA TERESA GONZALEZ, et al.

Dated: May 6, 2025              **RIVERA HEWITT PAUL LLP**

/s/ *Wendy Motooka*
    Wendy Motooka, Esq.
    Attorney for Defendants
    COUNTY OF STANISLAUS, et al.

## ORDER

Pursuant to the Stipulation of the parties and good cause appearing, it is hereby ordered that:

1. The Final Pretrial Conference set for June 5, 2025 is VACATED;

2. The parties shall promptly arrange for a settlement conference to be held before Judge Carolyn K. Delaney;

3. The parties shall inform the Court within seven (7) days of the results of the settlement conference; and

4. The Final Pretrial Conference shall be RE-SET, if necessary.

**IT IS SO ORDERED.**

Date: May 6, 2025

_____
UNITED STATES DISTRICT JUDGE